[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 17.]

THE STATE OF OHIO, APPELLEE, *v.* LANCE, APPELLANT.

[Cite as *State v. Lance*, 1998-Ohio-304.]

*Criminal procedure—Classification as sexual predator—Court of appeals' judgment on Propositions of Law Nos. I and II affirmed on authority of State v. Cook—Appeal dismissed as improvidently allowed on Propositions of Law Nos. III, IV, and V.*

(Nos. 98-603 and 98-605—Submitted October 13, 1998—Decided November 25, 1998.)

CERTIFIED by and APPEAL from the Court of Appeals for Hamilton County, No. C-970301.

————————————

*Joseph T. Deters*, Hamilton County Prosecuting Attorney, and *Sherry Green*, Assistant Prosecuting Attorney, for appellee.

*Schuh & Goldberg* and *Raul E. Tellez*, for appellant.

————————————

{¶ 1} The judgment of the court of appeals on Propositions of Law Nos. I and II is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 2} Propositions of Law Nos. III, IV, and V are dismissed as having been improvidently allowed.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and COOK, J., concur in part and dissent in part.

————————————

**COOK, J., concurring in part and dissenting in part.**

{¶ 3} I dissent from the dismissal of Propositions of Law Nos. III, IV, and V.

MOYER, C.J., concurs in the foregoing opinion.

_____